| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Charles Edward Shepherd and Alicia M. Shepherd | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Alabama | | |
| Case Number: | 1:15-bk-40985 | | |

Form ALNB 1340 (12/23)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $3,983.31, ½ of $7,966.63 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
Charles Edward and Alicia M. Shepherd

☒ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 5. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Northern District of Alabama
1801 Fourth Ave North
Birmingham, AL 35203

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. |
| Date: November 26, 2024 *[signature]* <br><br>Signature of Applicant <br>Andrew T. Drake – Vice President <br>Dilks & Knopik, LLC <br><br>35308 SE Center Street <br>Snoqualmie, WA 98065 <br>428-836-5728 x123 <br>admin@dilksknopik.com | Date: _____ <br><br>Signature of Co-Applicant (if applicable) <br><br>Printed Name of Co-Applicant (if applicable) <br><br>Address: <br><br>Telephone: <br><br>Email: |
| **7. Notarization** <br>STATE OF <u>WASHINGTON</u> <br><br>COUNTY OF <u>KING</u> <br><br>This Application for Unclaimed Funds, dated <u>November 26, 2024</u> was subscribed and sworn to before me this <u>26th</u> day of <u>November</u>, 20<u>24</u> by <u>Andrew T. Drake</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. <br><br>(SEAL) Notary Public: *[signature]* <br>Matthew Zettley <br><br>My commission expires: <u>February 19, 2026</u> <br><br>*[Notary seal: MATTHEW ZETTLEY NOTARY PUBLIC #197679 STATE OF WASHINGTON COMMISSION EXPIRES]* | **7. Notarization** <br>STATE OF _____ <br><br>COUNTY OF _____ <br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. <br>(SEAL) Notary Public _____ <br><br>My commission expires: |

Form 1340                   Application for Payment of Unclaimed Funds                   Page 2
All signatures (applicant(s) and Notary Public) must be original/wet signature, preferably in blue ink.

## CERTIFICATE OF SERVICE

I certify that a copy of the Application for Payment of Unclaimed Funds and the required supporting documentation were sent by: <u>USPS First-Class Mail postage prepaid</u>

to the following:

Office of the United States Attorney
Northern District of Alabama
1801 Fourth Ave North
Birmingham, AL 35203

I certify that a copy of the Application for Payment of Unclaimed Funds was sent by:

<u>USPS First-Class Mail postage prepaid</u>

to Previous Owner(s) of Claim (if applicable):

Charles Edward (deceased) and
Alicia M. Shepherd
Owner of Record / Address of Record
403-B Chestnut St.
Gadsden, AL 35901-4213

Alicia M. Shepherd
Owner of Record / Current Address
505 Case Ave.
Attalla, AL 35954

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: <u>November 26, 2024</u>

_____
Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728
admin@dkllc.com

Mail original Application and Certificate of Service to:
US Bankruptcy Court
Attn: Financial Specialist
1800 Fifth Avenue N
Birmingham, AL 35203